UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Lihi Aliza Elgrably,

        Defendant.

Criminal No. 13-178(1) (JNE/JJK)

ORDER

Laura M. Provinzino, Esq., Assistant United States Attorney, counsel for Plaintiff.

Katherian D. Roe, Esq., Federal Public Defender, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated August 27, 2013. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendant's Pretrial Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Docket No. 25) is DENIED AS MOOT.

2. Defendant's Pretrial Motion to Suppress Statements, Admissions, and Answers (Docket No. 26) is DENIED AS MOOT.

Date: September 11, 2013

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge